

1

2

3

4

5

6

7

**PERKINS COIE LLP**
Brian P. Hennessy (No. 226721)
bhennessy@perkinscoie.com
J. Patrick Corrigan (No. 240859)
pcorrigan@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4595

Attorneys for Plaintiff
craigslist, Inc.



FILED

APR 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13

CRAIGSLIST, INC., a Delaware
corporation,

Plaintiff,

14

15

v.

16

17

DEUCE JACKSON, LLC, a Washington
corporation d/b/a craigstruck.com;
MICHAEL HANSON, an individual; and
DOES 1 through 25, inclusive,

18

Defendants.

19

20

21

22

23

24

25

26

27

28

Case No. C 13 1501 JSC

**COMPLAINT FOR:**

(1) Federal Trademark Infringement
(2) Federal False Designation of Origin
(3) Federal Dilution of a Famous Mark
(4) California Trademark Infringement
(5) Common Law Trademark Infringement
(6) Breach of Contract
(7) Common Law Unfair Competition
(8) California Unfair Competition

DEMAND FOR JURY TRIAL

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

COMPLAINT

## I. INTRODUCTION

1. craigslist, Inc. ("craigslist") operates the website at craigslist.org, which provides localized classified ad placements and related online services for more than 700 cities in 75 countries worldwide. craigslist is one of the most visited websites in the world with more than 60 million Americans visiting the craigslist website each month, generating more than 50 billion page views, and posting more than 60 million free classified ads. As a result, craigslist has attained strong name recognition in the famous CRAIGSLIST mark—which is federally registered and has been used in commerce since 1995.

2. Defendants Deuce Jackson, LLC and Michael Hanson operate the website at craigstruck.com. craigstruck.com purports to provide "craigslist delivery" services. This lawsuit arises out of Defendants' use of the CRAIGSTRUCK mark, which is confusingly similar to the CRAIGSLIST mark.

## II. JURISDICTION

3. The Court has jurisdiction over this action:

a. Pursuant to 28 U.S.C. § 1331, because the action alleges violations of federal statutes, including 15 U.S.C. §§ 1114, 1125(a) and (c);

b. Pursuant to 28 U.S.C. § 1332, because there is diversity of citizenship between the parties and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs;

c. Pursuant to supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims, because the alleged state claims are so related to the claims in this action over which this Court has original jurisdiction that they form part of the same case and controversy under Article III of the United States Constitution.

## III. VENUE

4. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to the claims occurred in San Francisco, California. As Defendants are aware, and, at all times relevant, were aware, craigslist has its principal place of

1  business in San Francisco. Defendants' actions knowingly targeted craigslist and its computer

2  servers located in San Francisco and caused craigslist to suffer harm and damages there.

3      5.    In addition, Defendants assented to craigslist's Terms of Use ("TOU") when they

4  accessed and used craigslist. Pursuant to the TOU, courts within the county of San Francisco,

5  California, have exclusive jurisdiction over the parties' dispute.

6                    **IV.    INTRADISTRICT ASSIGNMENT**

7      6.    This is an Intellectual Property Action to be assigned on a district-wide basis under

8  Civil Local Rule 3-2.

9                        **V.    THE PARTIES**

10      7.    craigslist is a Delaware corporation, with its principal place of business in San

11  Francisco, California.

12      8.    Defendant Deuce Jackson, LLC (hereafter "Deuce") is a Washington corporation

13  with its principal place of business at 7430 NE 146th Street, Kenmore, Washington, 98028.

14      9.    Defendant Michael Hanson is the registrant of the craigstruck.com domain, which

15  offers "craigslist delivery" services. "Hanson, Michael DBA craigstruck" is also the registrant of

16  the CRAIGSTRUCK mark with the United States Patent and Trademark Office. Mr. Hanson

17  resides at 7430 NE 146th Street, Kenmore, Washington, 98028.

18      10.   Defendants use craigstruck.com to target craigslist users throughout the United

19  States, including residents in this District. Additionally, Defendants advertise their

20  CRAIGSTRUCK mark and "craigslist delivery" services on craigslist's website.

21      11.   Does 1-25 are persons or entities responsible in whole or in part for the

22  wrongdoing alleged herein (hereafter "Doe Defendants"). craigslist will amend this Complaint if

23  and when the identities of such persons or entities and/or the scope of their actions become

24  known.

25      12.   Defendants Deuce and Michael Hanson, and each of the Doe Defendants

26  (collectively, "Defendants") participated in, ratified, endorsed, or were otherwise involved in the

27  acts complained of herein, and they are liable for such acts.

28

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

## VI.    FACTUAL ALLEGATIONS

**A.    craigslist.**

13.    The craigslist service was established in San Francisco, California, in 1995. It grew out of an email list to share information about events in and around the San Francisco Bay Area. It quickly gained in popularity and scope, and soon developed into an online forum for free local classified advertising and community discussions.

14.    craigslist was incorporated in 1999.

15.    Today, craigslist operates one of the most visited websites in the world. craigslist provides its largely free localized online classified ad services and discussion forums in hundreds of cities worldwide. More than 60 million Americans visit the craigslist website and post more than 60 million classified ads each month.

16.    craigslist's headquarters remains in San Francisco, California. San Francisco is also its center of operations, and the majority of its computers and servers are located in San Francisco.

17.    The greater Bay Area, and specifically San Francisco, remains one of the largest and most active communities of craigslist users.

18.    Among its services, craigslist enables authorized users to post localized classified advertising on its website.

19.    Other than modest fees for less than 1% of total ads in eighteen metropolitan areas, craigslist provides classified ad services to the public free of charge and free of third-party advertising (*e.g.,* no banner ads, text-ads, pop-up ads, or email ads).

**B.    craigslist's Classified Ad Service and Terms of Use.**

20.    craigslist enables authorized users to post localized classified advertising on its website.

21.    This classified ad service is organized first by geographic area, and then by category of product or service within that geographic area. The myriad categories provided by craigslist include everything from job postings, buying and selling of used goods, housing opportunities (sale, buy, rent, etc.), personals ads for friendship and romance, and a wealth of

1  community-centric information and advice. It is literally a "one stop shop" for every sort of local

2  classified listing and associated communication that a user may want or need.

3      22.  Users post ads on craigslist by first navigating the craigslist website to the

4  homepage for the geographic area in which they wish to post, which is generally the geographic

5  area in which they reside. From that homepage, a user seeking to post an ad must click a link

6  titled "post to classifieds."

7      23.  Users choose the type of posting they want to place from a list designed and

8  presented by craigslist for that geographic area (for example, job offered, housing offered,

9  housing wanted, for sale, item wanted, personal/romance, or community).

10      24.  After selecting the type of posting, the user is presented with a list of categories for

11  posting ads in that geographic area (for example, categories under "for sale" ads include, without

12  limitation, auto parts, bicycles, boats, collectibles, electronics, jewelry, musical instruments, and

13  tools), and must select the appropriate category for his or her ad.

14      25.  After selecting the appropriate category, the user specifies from a list the nearest

15  location within the geographic area.

16      26.  On the subsequent page, the user creates a unique classified ad. Ads typically

17  include a title, description and other relevant details about whatever the user placing the ad may

18  be offering or seeking, and often include an e-mail address for replies. Most e-mail addresses are

19  supplied by craigslist with a unique, anonymizing proxy address to protect user anonymity.

20  craigslist's servers automatically forward e-mails sent to the unique proxy e-mail address to the

21  poster's actual e-mail account, which users provide during the posting process.

22      27.  craigslist's services and the craigslist website are governed by craigslist's Terms of

23  Use ("TOU").

24      28.  Before a posting can be made to the craigslist website, the user is required

25  affirmatively to accept craigslist's TOU.

26      29.  If the user chooses not to accept the TOU, the ad is not posted.

27

28

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

-4-                                                    COMPLAINT

1        30.     The TOU grant users a limited, revocable license to access the craigslist website

2    and use craigslist's services. The license limits the authorized uses of the website and services,

3    and identifies types of uses that are not authorized.

4        31.     For instance, the TOU prohibit "any access to or use of craigslist to design,

5    develop, test, update, operate, modify, maintain, support, market, advertise, distribute or

6    otherwise make available any program, application or service (including, without limitation, any

7    device, technology, product, computer program, mobile device application, website, or

8    mechanical or personal service) that enables or provides access to, use of, operation of or

9    interoperation with craigslist (including, without limitation, to access content, post content, cross-

10   post content, re-post content, respond or reply to content, verify content, transmit content, create

11   accounts, verify accounts, use accounts, circumvent and/or automate technological security

12   measures or restrictions, or flag content)."

13       32.     The TOU are attached to this Complaint as Exhibit A and incorporated into the

14   Complaint as if fully set forth herein.

15   C.    **craigslist's Trademarks.**

16       33.     craigslist is the owner of U.S. federal registrations nos. 2395628, 2905107,

17   2985065, and 3008562 for the CRAIGSLIST mark, covering, *inter alia*, "[a]dvertising and

18   information distribution services," "online interactive bulletin boards for transmission of

19   messages among computer users concerning classified listings," and "on-line computer data bases

20   and on-line searchable databases featuring information, classified listings and announcements."

21   craigslist has also registered the CRAIGSLIST mark in many other countries throughout the

22   world.

23       34.     CRAIGSLIST has been used in commerce by craigslist since 1995. craigslist's

24   use has been substantially continuous and exclusive. craigslist therefore owns common law rights

25   in the CRAIGSLIST mark.

26       35.     craigslist has attained strong name recognition in the CRAIGSLIST mark. The

27   mark has come to be associated with craigslist and identifies craigslist as the source of

28

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

-5-                                                    COMPLAINT

1  advertising, information, bulletin board and database services offered in connection with the

2  mark.

3      36.    craigslist has also developed substantial goodwill in the CRAIGSLIST mark.

4      37.    The CRAIGSLIST mark is among craigslist's most important and valuable assets.

5  **D.    Defendants' Unlawful Activities.**

6      38.    Defendants use the CRAIGSTRUCK mark in commerce to capitalize on the

7  confusing similarity between it and the famous CRAIGSLIST mark.

8      39.    Defendants use the CRAIGSTRUCK mark and craigstruck.com domain to operate

9  a "craigslist delivery" service, which purports to provide "local craigslist" delivery:

 

40.     Defendants also advertise the CRAIGSTRUCK mark and their "craigslist delivery" service by posting ads on the craigslist website:



COMPLAINT

41.     Defendants include software code in the ads they post on the craigslist website such that if a craigslist user clicks on their ads, the user is taken to craigstruck.com. The above advertisement is one such example.

42.     Defendants also encourage others to post ads to craigslist's website that advertise for craigstruck.com, display the CRAIGSTRUCK mark, and when clicked on, redirect to craigstruck.com. For instance, Defendants display the following on craigstruck.com:

### Sell your stuff

Sell faster online by offering Craigstruck delivery. Simply copy and paste the code below into your listing:

```
<a href="http://www.craigstruck.com" target="_blank"><img
src="http://i70.photobucket.com/albums/i104/hansonm77/craigslistadbutton.jpg"
border="0" alt="Craigstruck"></a>
```

Result:



43.     When a craigslist user copies the above code and pastes it into the body of a craigslist post, the above craigstruck.com ad is displayed in the user's craigslist post. When the ad is clicked on, the user is redirected to craigstruck.com.

44.     The CRAIGSTRUCK mark is substantially similar to the CRAIGSLIST mark, except that it includes the name "truck," instead of "list" after "craigs."

45.     Defendants' substitution of "truck" in place of "list" is confusing and suggests a connection to craigslist.

-8-                                                                COMPLAINT

1  46.  Some of Defendants' marketing even uses the same simple, lowercase font that the

2  CRAIGSLIST mark is famous for when displaying "craigstruck.com":

3  craigslist:                                                                craigstruck:

4
5  craigslist        

6  US  Canada  Europe  Asia/Pacific/Middle East  Oceania  Latin America  Africa

7  47.  Defendants' use of the CRAIGSTRUCK mark causes confusion and mistake and

8  is likely to deceive customers and potential customers regarding the origin, affiliation,

9  association, connection and/or endorsement of Defendants' products and services, Defendants'

10  website, and/or Defendants with or by craigslist.

11  48.  At no time has craigslist authorized or consented to Defendants' use of the

12  CRAIGSTRUCK mark, the CRAIGSLIST mark, or any craigslist intellectual property.

13  49.  At no time has craigslist had any association, affiliation or connection with, or

14  endorsed Defendants' products or services, Defendants' website, or Defendants.  Specifically,

15  Defendants' website and services are not authorized, approved, endorsed, or sponsored by, or

16  associated, affiliated, or connected with craigslist.

17  50.  In using the CRAIGSTRUCK mark, Defendants have willfully and deliberately

18  profited from craigslist's pre-established goodwill and reputation.

19  51.  Despite craigslist's request that Defendants cease and desist using the

20  CRAIGSTRUCK mark, Defendants continue to use the CRAIGSTRUCK mark in commerce in

21  the United States.

22  **VII.   CLAIMS FOR RELIEF**

23  **FIRST CLAIM FOR RELIEF**
    (Federal Trademark Infringement—15 U.S.C. § 1114)
24

25  52.  craigslist realleges and incorporates by reference all of the preceding paragraphs.

26  53.  craigslist owns U.S. federal registrations nos. 2395628, 2905107, 2985065, and

27  3008562 for the CRAIGSLIST mark.

28

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

-9-                                                            COMPLAINT

54. Defendants' use of the CRAIGSTRUCK mark is without the permission of craigslist.

55. Defendants' use of the CRAIGSTRUCK mark in interstate commerce constitutes a reproduction, counterfeit, copy, or colorable imitation of a registered trademark of craigslist in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion or mistake, or to deceive.

56. As a direct and proximate result of Defendants' misconduct, craigslist has been, and will continue to be irreparably harmed, injured and damaged, and such harm will continue unless enjoined by this Court.

57. As a direct and proximate result of Defendants' misconduct, craigslist has suffered and is entitled to monetary relief in an amount not yet determined.

58. craigslist is informed and believes, and on that basis alleges, that Defendants' misconduct has been knowing, deliberate and willful.

## SECOND CLAIM FOR RELIEF
(Federal False Designation of Origin—15 U.S.C. § 1125(a))

59. craigslist realleges and incorporates by reference all of the preceding paragraphs.

60. Defendants' unauthorized use of the CRAIGSTRUCK mark in interstate commerce is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' products or services are provided by craigslist, associated or connected with craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of 15 U.S.C. § 1125(a).

61. Defendants' misconduct resulting in such likelihood of confusion, deception, and mistake will continue unless enjoined by this Court.

62. As a direct and proximate result of Defendants' misconduct, craigslist has been, and will continue to be irreparably harmed, injured and damaged, and such harm will continue unless enjoined by this Court.

63. As a direct and proximate result of Defendants' misconduct, craigslist has suffered and is entitled to monetary damages in an amount to be determined at trial.

1

**THIRD CLAIM FOR RELIEF**
(Federal Dilution of a Famous Mark—15 U.S.C. § 1125(c))

2

3    64.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

4    65.    The CRAIGSLIST mark is a famous and distinctive mark, and is widely

5    recognized by the general consuming public of the United States as a designation of source of

6    craigslist's services.

7    66.    The CRAIGSLIST mark was famous prior to the time the Defendants commenced

8    use of the CRAIGSTRUCK mark in commerce.

9    67.    Defendants' use of the CRAIGSTRUCK mark is likely to cause an association

10   arising from the similarity between the CRAIGSTRUCK mark and the CRAIGSLIST mark that

11   impairs the distinctiveness of and/or harms the reputation of craigslist's famous mark.

12   68.    Defendants' use of the CRAIGSTRUCK mark in commerce is likely to cause

13   dilution by blurring or dilution by tarnishment of the famous CRAIGSLIST mark in violation of

14   the Lanham Act, 15 U.S.C. § 1125(c).

15   69.    As a direct and proximate result of Defendants' misconduct, craigslist has been,

16   and will continue to be irreparably harmed, injured and damaged, and such harm will continue

17   unless enjoined by this Court.

18

**FOURTH CLAIM FOR RELIEF**
(California Trademark Infringement—Cal. Bus. & Prof. Code § 14245)

19

20   70.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

21   71.    Defendants' unauthorized use of the CRAIGSTRUCK mark in connection with the

22   sale, offering for sale, distribution or advertising of their products or services is likely to cause

23   confusion, deception, and mistake by creating the false and misleading impression that

24   Defendants' products or services are provided by craigslist, associated or connected with

25   craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of

26   California Business & Professions Code Section 14245.

27   72.    craigslist is informed and believes, and on that basis alleges, that Defendants' acts

28   were in conscious and willful disregard of craigslist's trademark rights.

-11-                                                    COMPLAINT

1          73.     As a direct and proximate result of Defendants' misconduct, craigslist has been,

2 and will continue to be irreparably harmed, injured and damaged, and such harm will continue

3 unless enjoined by this Court.

### FIFTH CLAIM FOR RELIEF
(Common Law Trademark Infringement)

6          74.     craigslist realleges and incorporates by reference all of the preceding paragraphs.

7          75.     Defendants' unauthorized use of the CRAIGSTRUCK mark is likely to cause

8 confusion, deception, and mistake by creating the false and misleading impression that

9 Defendants' products or services are provided by craigslist, associated or connected with

10 craigslist, or have the sponsorship, endorsement, or approval of craigslist, in violation of the

11 common law.

12          76.     Defendants' misconduct resulting in such actual and likelihood of confusion,

13 deception, and mistake will continue unless enjoined by this Court.

14          77.     As a direct and proximate result of Defendants' misconduct, craigslist has been,

15 and will continue to be irreparably harmed, injured and damaged, and such harm will continue

16 unless enjoined by this Court.

17          78.     As a direct and proximate result of Defendants' misconduct, craigslist has suffered

18 and is entitled to monetary damages in an amount to be determined at trial.

19          79.     In addition, Defendants' conduct described herein has caused and, if not enjoined

20 will continue to cause, irreparable damage to craigslist's rights in its marks, and to the business,

21 positive reputation and goodwill of craigslist, which cannot be adequately compensated solely by

22 monetary damages. craigslist therefore has no adequate remedy at law and seeks permanent

23 injunctive relief pursuant to 15 U.S.C. § 1116.

### SIXTH CLAIM FOR RELIEF
(Breach of Contract)

26          80.     craigslist realleges and incorporates by reference all of the preceding paragraphs.

27          81.     Use of the craigslist website and use of craigslist's services are governed by and

28 subject to the TOU.

1    82.    At all relevant times, the main craigslist homepage and the home page for each

2    geographic region have provided links to the TOU.

3    83.    Users are presented with the TOU and must affirmatively accept the TOU to

4    register for a craigslist account to post ads.

5    84.    Users are presented with the TOU and must affirmatively accept the TOU before

6    they can post an ad without an account.

7    85.    Defendants affirmatively accepted and agreed to the TOU.

8    86.    The TOU are binding on Defendants.

9    87.    Defendants' actions, as described above, have breached the TOU.

10   88.    craigslist has performed all conditions, covenants, and promises required to be

11   performed by it in accordance with the TOU.

12   89.    Defendants' conduct has damaged craigslist, and caused and continues to cause

13   irreparable and incalculable harm and injury to craigslist.

14   90.    craigslist is entitled to injunctive relief, compensatory damages, liquidated

15   damages under the TOU, attorneys' fees, costs and/or other equitable relief.

16                      **SEVENTH CLAIM FOR RELIEF**
                       (Common Law Unfair Competition)
17

18   91.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

19   92.    craigslist is informed and believes, and on that basis alleges, that Defendants have

20   engaged in and continue to engage in unfair competition by using the CRAIGSTRUCK mark

21   with the intention of interfering with and trading on the business reputation and goodwill

22   engendered by craigslist through hard work and diligent effort.

23   93.    Defendants' acts have caused craigslist competitive injury, as described herein,

24   and specifically have caused craigslist to incur damages in an amount to be proven at trial

25   consisting of, among other things, diminution in the value of and goodwill associated with the

26   CRAIGSLIST mark.

27

28

1    94.    As a direct and proximate result of Defendants' misconduct, craigslist has been,

2    and will continue to be irreparably harmed, injured and damaged, and such harm will continue

3    unless enjoined by this Court.

4                                    **EIGHTH CLAIM FOR RELIEF**
                     (California Unfair Competition—Cal. Bus. & Prof. Code § 17200, *et seq.*)
5

6    95.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

7    96.    By the acts described herein, Defendants have engaged in unlawful and unfair

8    business practices that have injured and will continue to injure craigslist in its business and

9    property, in violation of California Business and Professions Code Section 17200, *et seq*.

10    97.    Defendants' acts alleged herein have caused monetary damages to craigslist in an

11    amount to be proven at trial, and have caused and will continue to cause irreparable injury to

12    craigslist and its business, reputation, and trademarks, unless and until Defendants are

13    permanently enjoined.

14    98.    As a direct and proximate result of Defendants' conduct alleged herein,

15    Defendants have been unjustly enriched and should be ordered to disgorge any and all profits

16    earned as a result of such unlawful conduct.

17                                    **VIII.   PRAYER FOR RELIEF**

18    WHEREFORE, craigslist prays that judgment be entered in its favor and against

19    Defendants, as follows:

20    1.    That the Court grant injunctive relief enjoining Defendants, their employees,

21    agents, representatives, successors, assigns, and all others acting in concert with them, from:

22    a.    Using the CRAIGSTRUCK mark, or terms, marks, symbols or indicia

23    confusingly similar to the CRAIGSLIST mark in connection with the production, advertisement,

24    promotion, distribution, offering for sale, or selling of products or services; and

25    b.    Performing any acts or using any service marks, trademarks, names, words

26    or phrases that are likely to confuse, deceive, or otherwise mislead the trade or public into

27    believing that Defendants and craigslist are one and the same or are in some way connected, that

28

1     craigslist is a sponsor of Defendants, or that Defendants' products or services originate or are
2     associated with craigslist;

3        2.      That USPTO Registration No. 4,087,334 for the mark CRAIGSTRUCK be
4     cancelled pursuant to 15 U.S.C. § 1119;

5        3.      That the craigstruck.com domain be forfeited or cancelled, or transferred to
6     craigslist;

7        4.      That the Court order Defendants to pay craigslist monetary damages for the harm
8     resulting from infringement of the CRAIGSLIST mark, in an amount to be determined at trial;

9        5.      That the Court order craigslist's damages be trebled and Defendants to pay
10     craigslist's reasonable attorneys' fees on the basis that this is an exceptional case;

11        6.      That the Court order Defendants to pay craigslist restitution for violation of
12     California Business and Professions Code Section 17200, *et seq*.; and

13        7.      That the Court grant such other and further relief as it should deem just.

14

15

16     April 3, 2013                          **PERKINS COIE LLP**

17                                  By:

18                                     Brian Hennessy (SBN 226721)
                                    bhennessy@perkinscoie.com

19                                  Attorneys for Plaintiff craigslist, Inc.

20

21

22

23

24

25

26

27

28

1

**DEMAND FOR JURY TRIAL**

2      Plaintiff hereby demands a jury trial of all issues in the above-captioned action, which are

3  triable to a jury.

4

5  April 3, 2013                              **PERKINS COIE LLP**

6

By:

7                                                Brian Hennessy (SBN 226721)
                                               bhennessy@perkinscoie.com
8
                                            Attorneys for Plaintiff craigslist, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CRAIGSLIST TERMS OF USE

Last Updated: February 14, 2012

1. GENERAL

craigslist, Inc. ("CL") provides services through its websites, programs and computer servers, including but not limited to classified advertising, forums, and email forwarding. (All such services are referred to collectively herein as "craigslist.") By accessing or using craigslist, you are a "user" and you accept and agree to the terms below (the "Terms of Use" or "TOU") as a legal contract between you and CL. The TOU include and incorporate additional terms ("guidelines") applicable to particular categories or services available on craigslist as set forth to users upon access to such categories or services. CL may post changes to the TOU at any time, and any such changes will be applicable to all subsequent access to or use of craigslist.

If you do not accept and agree to all provisions of the TOU, now or in the future, you may reject the TOU by immediately terminating all access and use of craigslist, in which case any continuing access or use of craigslist is unauthorized.

You are also required to comply with, and to ensure compliance with, all laws, ordinances and regulations applicable to your activities on craigslist.

craigslist is intended and designed for users 18 years of age and older, and access or use by anyone younger is not authorized.

The TOU grant you a limited, revocable, nonexclusive license to access craigslist and use craigslist, in whole or in part, including but not limited to CL intellectual property therein, solely in compliance with the TOU.

"CRAIGSLIST" and "CL" are trademarks of CL and are protected by United States and international laws. The TOU do not authorize you to use "CRAIGSLIST," "CL" or any similar or related marks (including, for example and without limitation, "Craigs," "Craig," "Craig's" and "_____list") for any use pertaining to classified advertising, Internet advertising, social networks, online forums, online communication services or any similar or related use, or any other use that is likely to cause confusion on the part of, to cause mistake by or to deceive the public as to any affiliation, connection, association, origin, sponsorship, approval or endorsement by or with CL.

2. MODERATION

CL has the right, but not the obligation, to regulate content (which includes but is not limited to postings, text, code, images, video, binary files, ads, accounts, account information, flags, emails, messages and any other user communications ("content")) posted to, stored on or transmitted via craigslist by any user (or any other third party in any manner); to regulate conduct (including but not limited to any authorized or unauthorized access to or use of craigslist) by any user (or any other third party in any manner); and to enforce the TOU, for any reason and in any manner or by any means that CL, in its sole

discretion, deems necessary or appropriate (including but not limited to automated and manual screening, blocking, filtering, exclusion from index pages, exclusion from search results, requiring the use of an application programming interface (API), requiring the use of a bulk posting interface, authorization, verification, and the deletion and/or termination of content, accounts and/or all or any use or access). CL may, in its sole discretion and without notice, start, stop or modify any regulation or enforcement measures at any time. CL action or inaction to regulate content or conduct or to enforce against any potential violation of the TOU by any user (or any other third party) does not waive CL's right to implement or not implement regulation or enforcement measures with respect to any subsequent or similar content, conduct or potential TOU violation.

You also understand and agree that any action or inaction by CL or any of its directors, officers, stockholders, employees, consultants, agents or representatives (collectively, "CL Representatives") to prevent, restrict, redress or regulate content, or to implement other enforcement measures against any content, conduct or potential TOU violation is undertaken voluntarily and in good faith, and you expressly agree that neither CL nor any CL Representative shall be liable to you or anyone else for any action or inaction to prevent, restrict, redress, or regulate content, or to implement other enforcement measures against any content, conduct or potential violation of the TOU.

Although CL Representatives may moderate content, conduct and TOU compliance on craigslist at CL's discretion, CL Representatives have no authority to make binding commitments, promises or representations to anyone that they or anyone else on behalf of CL will "take care" of any alleged problem or complaint, or that they or anyone else on behalf of CL will otherwise stop, cure or prevent any problem, content, conduct or purported TOU violation from occurring or recurring. Accordingly, you further agree that any representation (written or verbal) by any CL Representative (or by anyone else acting on behalf of CL or by anyone purportedly acting on behalf of CL) that CL (including but not limited to any CL Representative, anyone else acting on behalf of CL, or anyone purportedly acting on behalf of CL) would or would not prevent, restrict, redress or regulate content (including, without limitation, screen, block, moderate, review, remove, terminate, delete, edit or otherwise stop, cure or exclude any content), or to implement other enforcement measures against any content, conduct or potential or purported TOU violation is superseded by this provision and is nonbinding and unenforceable. Specifically, you agree that CL, CL Representatives and anyone else authorized to act on behalf of CL shall in no circumstance be liable as a result of any representation that CL, a CL Representative or anyone else on behalf of CL would or would not restrict or redress any content, conduct or potential or purported TOU violation. This paragraph may not be modified, waived or released except by a written agreement, dated and signed by CL's Chief Executive Officer and dated and signed by the individual or entity to whom the modification, waiver or release is granted.

CL also has the right in its sole discretion to limit, modify, interrupt, suspend or discontinue all or any portions of craigslist at any time without notice. CL and CL Representatives shall not be liable for any such limitations, modifications, interruptions, suspensions or discontinuance, or any purported losses, harm or damages arising from or related thereto.

3. CONTENT AND CONDUCT

a. Content

CL does not control, is not responsible for and makes no representations or warranties with respect to any user content. You are solely responsible for your access to, use of and/or reliance on any user content. You must conduct any necessary, appropriate, prudent or judicious investigation, inquiry, research and due diligence with respect to any user content.

You are also responsible for any content that you post or transmit and, if you create an account, you are responsible for all content posted or transmitted through or by use of your account.

Content prohibited from craigslist includes but is not limited to: (1) illegal content; (2) content in facilitation of the creation, advertising, distribution, provision or receipt of illegal goods or services; (3) offensive content (including, without limitation, defamatory, threatening, hateful or pornographic content); (4) content that discloses another's personal, confidential or proprietary information; (5) false or fraudulent content (including but not limited to false, fraudulent or misleading responses to user ads transmitted via craigslist); (6) malicious content (including, without limitation, malware or spyware); (7) content that offers, promotes, advertises, or provides links to posting or auto-posting products or services, account creation or auto-creation products or services, flagging or auto-flagging products or services, bulk telephone numbers, or any other product or service that if utilized with respect to craigslist would violate these TOU or CL's other legal rights; and (8) content that offers, promotes, advertises or provides links to unsolicited products or services. Other content prohibitions are set forth in guidelines for particular categories or services on craigslist and all such prohibitions are expressly incorporated into these TOU as stated in section 1 above.

You automatically grant and assign to CL, and you represent and warrant that you have the right to grant and assign to CL, a perpetual, irrevocable, unlimited, fully paid, fully sub-licensable (through multiple tiers), worldwide license to copy, perform, display, distribute, prepare derivative works from (including, without limitation, incorporating into other works) and otherwise use any content that you post. You also expressly grant and assign to CL all rights and causes of action to prohibit and enforce against any unauthorized copying, performance, display, distribution, use or exploitation of, or creation of derivative works from, any content that you post (including but not limited to any unauthorized downloading, extraction, harvesting, collection or aggregation of content that you post).

You agree to indemnify and hold CL and CL Representatives harmless from and against any third-party claim, cause of action, demand or damages related to or arising out of: (a) content that you post or transmit (including but not limited to content that a third-party deems defamatory or otherwise harmful or offensive); (b) activity that occurs through or by use of your account (including, without limitation, all content posted or transmitted); (c) your use of or reliance on any user content; and (d) your violation of the TOU. This indemnification obligation includes payment of any attorneys' fees and costs incurred by CL or CL Representatives.

b. Conduct

CL does not control, is not responsible for and makes no representations or warranties with respect to any user or user conduct. You are solely responsible for your interaction with or reliance on any user or user conduct. You must perform any necessary, appropriate, prudent or judicious investigation, inquiry, research and due diligence with respect to any user or user conduct.

You are also responsible for your own conduct and activities on, through or related to craigslist, and, if you create an account on craigslist, you are responsible for all conduct or activities on, through or by use of your account.

You agree to indemnify and hold CL and CL Representatives harmless from and against any third-party claim, cause of action, demand or damages related to or arising out of your own conduct or activities on, through or related to craigslist or CL, and related to or arising out of any conduct or activities on, through or by use of your craigslist account, if any. This indemnification obligation includes payment of any attorneys' fees and costs incurred by CL or CL Representatives.

## 4. POSTING AND ACCOUNTS

This section 4 applies to all uses and users of craigslist, unless CL has specifically authorized an exception to a particular term for a particular user in a written agreement. CL has sole and absolute discretion to authorize or deny any exception or exceptions to the terms in this section 4.

### a. Postings

craigslist is intended and designed as a local service. A user may post content only to the single specific geographic area offered on craigslist (see http://www.craigslist.org/about/sites) for which that content is most relevant. The same or substantially similar content (for example, an ad for a particular item or service, a particular offer, a particular message or a particular comment) may not be posted to or communicated via more than one such geographic area. Content that is equally relevant to multiple (i.e., more than one) geographic areas should not be posted on craigslist.

The same or substantially similar content may not be posted in more than one craigslist category. A user may post content only in the single craigslist category to which it is most relevant, and must not post content to inappropriate categories. For example, content advertising classes or vocational training must be posted under the "classes" category of the "community" section and may not be posted in any "jobs" category. Likewise, content advertising auto financing must be posted under the "financial" category of the "services" sections and not under "cars/trucks" category in the "for sale" section. Similarly, services relating to real estate must be posted under "real estate" category of the "services" section and may not be posted to any category within the "housing" section.

A user may post the same or substantially similar content no more than once every 48 hours.

Where a craigslist category provides specific subcategories for posts by particular types of users (e.g., car sales "by-owners" versus "by-dealers," and real estate for sale "by-owner" versus "by-broker"), a user may post content only in the single user sub-category most accurate for that user. In particular, no user acting as a broker, agent or dealer may post in any "by owner" category.

Users may not circumvent any technological measure implemented by CL to restrict the manner in which content may be posted on craigslist or to regulate the manner in which content (including but not limited to email) may be transmitted to other users. This

prohibition includes, without limitation, a ban on the use of multiple email addresses (created via an email address generator or otherwise); the use of multiple IP addresses (via proxy servers, modem toggling, or otherwise); CAPTCHA circumvention, automation or outsourcing; multiple and/or fraudulent craigslist accounts, including phone-verified accounts; URL shortening, obfuscation or redirection; use of multiple phone lines or phone forwarding for verification; and content obfuscation via HTML techniques, printing text on images, inserting random text or content "spinning."

It is expressly prohibited for any third party to post content to craigslist on behalf of another. Users must post content only on their own behalf, and may not permit, enable, induce or encourage any third party to post content for them.

It is expressly prohibited to post content to craigslist using any automated means. Users must post all content personally and manually through all steps of the posting process. It is also expressly prohibited for any user to develop, offer, market, sell, distribute or provide an automated means to perform any step of the posting process (in whole or in part). Any user who develops, offers, markets, sells, distributes or provides an automated means to perform any step of the posting process (in whole or in part) shall be responsible and liable to CL for each instance of access to craigslist (by any user or other third party) using that automated means.

Affiliate marketing is expressly prohibited on craigslist. Users may not post content or communicate with any craigslist user for purposes of affiliate marketing or in connection with any affiliate marketing system, scheme or program in any manner or under any circumstance.

b. Accounts

A user may maintain and use no more than one account, including a telephone or phone-verified account ("PVA"), to post content. A user specifically may not create or use additional accounts for the purpose of circumventing technological restrictions (security measures) in the posting process or otherwise for posting content in violation of the TOU.

A user may create an account, including a PVA, only on his/her own behalf. A user must not permit, enable, induce or encourage others to create accounts or PVAs for him/her. The creation of accounts or PVAs for others is expressly prohibited.

A user must only use his/her own account or PVA, and may not use any account or PVA of another.

The purchase and sale of accounts, including but not limited to PVAs, is expressly prohibited.

A user must create his/her account or PVA personally and manually and may not create accounts or PVAs by any automated means. Without limitation, this includes the obligation that the user personally and manually solves any CAPTCHA challenge in the account creation process. Further, a user must create any PVA using his/her own valid telephone number. The creation of a PVA using a telephone number that is not the user's own, a telephonic forwarding service or system, or a temporary/disposable telephone number or service is expressly prohibited. The circumvention of any technological restriction or

security measure in the account creation or PVA creation process is also expressly prohibited.

c. Flagging

A user shall not "flag" (or otherwise seek removal of) content on craigslist without a personal, good-faith belief that the content violates the TOU. A user may flag content only on his/her own behalf. A user must not permit, enable, induce or encourage others to flag content for them. A user must not flag content for others.

A user may flag a specific item of content only once.

A user flagging content must do so manually and may not employ any automated means, products (including, without limitation, software programs) or services to flag content. A user must not circumvent any technological restrictions (security measures) in the flagging process. Without limitation, this prohibition includes a ban on the use of multiple IP addresses for flagging (by use of proxy servers or any means whatsoever).

## 5. UNAUTHORIZED ACCESS AND ACTIVITIES

This section 5 applies to all uses and users of craigslist, unless CL has specifically authorized an exception to a particular term for a particular user in a written agreement. CL has sole and absolute discretion to authorize or deny any exception or exceptions to the terms in this section 5.

To maintain the integrity and functionality of craigslist for its users, access to craigslist and/or activities related to craigslist that are harmful to, inconsistent with or disruptive of craigslist and/or its users' beneficial use and enjoyment of craigslist are expressly unauthorized and prohibited. For example, without limitation:

The collection of craigslist users' personal information (including but not limited to email addresses, IP addresses and telephone numbers) is not allowed for any purpose.

Any copying, aggregation, display, distribution, performance or derivative use of craigslist or any content posted on craigslist whether done directly or through intermediaries (including but not limited to by means of spiders, robots, crawlers, scrapers, framing, iframes or RSS feeds) is prohibited. As a limited exception, general purpose Internet search engines and noncommercial public archives will be entitled to access craigslist without individual written agreements executed with CL that specifically authorize an exception to this prohibition if, in all cases and individual instances: (a) they provide a direct hyperlink to the relevant craigslist website, service, forum or content; (b) they access craigslist from a stable IP address using an easily identifiable agent; and (c) they comply with CL's robots.txt file; provided however, that CL may terminate this limited exception as to any search engine or public archive (or any person or entity relying on this provision to access craigslist without their own written agreement executed with CL), at any time and in its sole discretion, upon written notice, including, without limitation, by email notice.

Any access to or use of craigslist to design, develop, test, update, operate, modify, maintain, support, market, advertise, distribute or otherwise make available any program, application or service (including, without limitation, any device, technology, product, computer

program, mobile device application, website, or mechanical or personal service) that enables or provides access to, use of, operation of or interoperation with craigslist (including, without limitation, to access content, post content, cross-post content, re-post content, respond or reply to content, verify content, transmit content, create accounts, verify accounts, use accounts, circumvent and/or automate technological security measures or restrictions, or flag content) is prohibited. This prohibition specifically applies but is not limited to software, programs, applications and services for use or operation on or by any computer and/or any electronic, wireless and/or mobile device, technology or product that exists now or in the future.

If you access craigslist or copy, display, distribute, perform or create derivative works from craigslist webpages or other CL intellectual property in violation of the TOU or for purposes inconsistent with the TOU, your access, copying, display, distribution, performance or derivative work is unauthorized. Circumvention of any technological restriction or security measure on craigslist or any provision of the TOU that restricts content, conduct, accounts or access is expressly prohibited. For purposes of this paragraph, you agree that cached copies of craigslist webpages on your computer or computer server constitute "copies" under the Copyright Act, 17 U.S.C. § 101. For purposes of this paragraph, you further agree that CAPTCHAs and telephone verification are "technological measures" that effectively control access to copyright-protected components and rights of CL pursuant to 17 U.S.C. § 1201.

Any effort to decompile, disassemble or reverse engineer all or any part of craigslist in order to identify, acquire, copy or emulate any source code or object code is expressly prohibited.

Any activities (including but not limited to posting voluminous content) that are inconsistent with use of craigslist in compliance with the TOU or that may impair or interfere with the integrity, functionality, performance, usefulness, usability, signal-to-noise ratio or quality of all or any part of craigslist in any manner are expressly prohibited.

Any attempt (whether or not successful) to engage in, or to enable, induce, encourage, cause or assist anyone else to engage in, any of the above unauthorized and prohibited access and activities is also expressly prohibited and is a violation of the TOU.

6. USER COMMUNICATIONS, TRANSACTIONS, INTERACTIONS, DISPUTES AND RELATIONS

CL and CL Representatives are not parties to, have no involvement or interest in, make no representations or warranties as to, and have no responsibility or liability with respect to any communications, transactions, interactions, disputes or any relations whatsoever between you and any other user, person or organization ("your interactions with others"). You must conduct any necessary, appropriate, prudent or judicious investigation, inquiry, research or due diligence with respect to your interactions with others.

You agree to indemnify and hold CL and CL Representatives harmless from and against any third-party claim, cause of action, demand or damages related to or arising out of your interactions with others. This indemnification obligation includes payment of any attorneys' fees and costs incurred by CL or CL Representatives.

7. FEES

CL may charge a fee to post content or for other features, products, services or licenses. You are responsible to CL for any fees applicable to content that you post or other features, products, services or licenses you purchase or that are purchased through your account. You authorize CL, or its designated payment processor, to charge your specified credit card, debit card or other payment method for such fees.

Unless otherwise specified, all fees are in United States dollars and all charges will be made in United States dollars. Any applicable sales or other taxes are additional to the stated fee. Currency exchange settlements and foreign transaction fees are based on your agreement with your credit card or other payment method provider.

Except as required by law, all fees are nonrefundable, including, without limitation, in situations where paid posts are removed by CL or by community flagging. Payments and purchases may not be canceled by the user, except as required by law. However, CL reserves the right to refuse or terminate any purchase or attempted purchase at any time in its sole discretion. You understand and agree that if you authorize a payment transaction with your credit card, debit card or other payment method, but your charge is rejected for any reason, there may be a hold on your use of that transaction amount for several days.

## 8. DISCLAIMERS

YOUR ACCESS TO, USE OF AND RELIANCE ON CRAIGSLIST AND CONTENT ACCESSED THROUGH CRAIGSLIST IS ENTIRELY AT YOUR OWN RISK. CRAIGSLIST (INCLUDING, WITHOUT LIMITATION, THE WEBSITES, PROGRAMS, SERVICES, FORUMS AND CONTENT ACCESSED THROUGH THE WEBSITES, PROGRAMS, SERVICES AND FORUMS) IS PROVIDED ON AN "AS IS" OR "AS AVAILABLE" BASIS WITHOUT ANY WARRANTIES OF ANY KIND.

ALL EXPRESS AND IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS) ARE EXPRESSLY DISCLAIMED.

WITHOUT LIMITING THE FOREGOING, CL ALSO DISCLAIMS ALL WARRANTIES FOR OR WITH RESPECT TO: (a) THE SECURITY, RELIABILITY, TIMELINESS, ACCURACY AND PERFORMANCE OF CRAIGSLIST AND CONTENT ACCESSED THROUGH CRAIGSLIST; (b) COMPUTER WORMS, VIRUSES, SPYWARE, ADWARE AND ANY OTHER MALWARE, MALICIOUS CODE OR HARMFUL CONTENT OR COMPONENTS ACCESSED, RECEIVED OR DISSEMINATED THROUGH, RELATED TO OR AS A RESULT OF CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST; (c) ANY TRANSACTIONS OR POTENTIAL TRANSACTIONS, GOODS OR SERVICES PROMISED OR EXCHANGED, INFORMATION OR ADVICE OFFERED OR EXCHANGED, OR OTHER CONTENT, INTERACTIONS, REPRESENTATIONS OR COMMUNICATIONS THROUGH, RELATED TO OR AS A RESULT OF USE OF CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST (INCLUDING, WITHOUT LIMITATION, ACCESSED THROUGH ANY LINKS ON CRAIGSLIST OR IN CONTENT).

THESE DISCLAIMERS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW.

Some jurisdictions do not allow disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers as to implied warranties may not apply.

## 9. LIMITATIONS OF LIABILITY

CL AND THE CL REPRESENTATIVES SHALL UNDER NO CIRCUMSTANCES BE LIABLE FOR ANY ACCESS TO, USE OF OR RELIANCE ON CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST BY YOU OR ANYONE ELSE, OR FOR ANY TRANSACTIONS, COMMUNICATIONS, INTERACTIONS, DISPUTES OR RELATIONS BETWEEN YOU AND ANY OTHER PERSON OR ORGANIZATION ARISING OUT OF OR RELATED TO CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST, INCLUDING BUT NOT LIMITED TO LIABILITY FOR INJUNCTIVE RELIEF AS WELL AS FOR ANY HARM, INJURY, LOSS OR DAMAGES OF ANY KIND INCURRED BY YOU OR ANYONE ELSE (INCLUDING, WITHOUT LIMITATION, DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, STATUTORY, EXEMPLARY OR PUNITIVE DAMAGES, EVEN IF CL OR ANY CL REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES). THIS LIMITATION OF LIABILITY APPLIES REGARDLESS OF, BUT IS NOT RESTRICTED TO, WHETHER THE ALLEGED LIABILITY, HARM, INJURY, LOSS OR DAMAGES AROSE FROM AUTHORIZED OR UNAUTHORIZED ACCESS TO OR USE OF CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST; ANY INABILITY TO ACCESS OR USE CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST; OR ANY REMOVAL, DELETION, LIMITATION, MODIFICATION, INTERRUPTION, SUSPENSION, DISCONTINUANCE OR TERMINATION OF CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST.

THESE LIMITATIONS SHALL ALSO APPLY WITH RESPECT TO DAMAGES RESULTING FROM ANY TRANSACTIONS OR POTENTIAL TRANSACTIONS, GOODS OR SERVICES PROMISED OR EXCHANGED, INFORMATION OR ADVICE OFFERED OR EXCHANGED, OR OTHER CONTENT, INTERACTIONS, REPRESENTATIONS, COMMUNICATIONS OR RELATIONS THROUGH, RELATED TO OR AS A RESULT OF CRAIGSLIST OR CONTENT ACCESSED THROUGH CRAIGSLIST (INCLUDING, WITHOUT LIMITATION, ANY LINKS ON CRAIGSLIST AND LINKS IN CONTENT ACCESSED THROUGH CRAIGSLIST).

You hereby release CL and each of the CL Representatives, and their respective subsidiaries, affiliates, successors, predecessors, assigns, heirs, service providers and suppliers, from all claims, demands and damages of every kind and nature, known and unknown, direct and indirect, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to craigslist or content accessed through craigslist, or any interactions with others arising out of or related to craigslist or content accessed through craigslist, and you expressly waive the provisions of California Civil Code Section 1542 (and any similar laws in other jurisdictions), which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which, if known by him must have materially affected his settlement with the debtor."

THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW.

## 10. NOTIFICATION OF CLAIMS OF INFRINGEMENT

If you believe that your work has been copied in a way that constitutes copyright infringement or that your intellectual property rights (including trademark rights) have been otherwise violated, please follow the directions for written notice at:

http://www.craigslist.org/about/infringement.claims

## 11. INJUNCTIVE RELIEF

You acknowledge and agree that any violation or breach of the TOU may cause CL immediate and irreparable harm and damages; consequently, notwithstanding any other provision of the TOU or other applicable legal requirements, CL has the right to, and may in its discretion, immediately obtain preliminary injunctive relief (including, without limitation, temporary restraining orders) and seek permanent injunctive relief regarding any violation or breach of the TOU. In addition to any and all other remedies available to CL in law or in equity, CL may seek specific performance of any term in the TOU, including but not limited to by preliminary or permanent injunction.

## 12. DAMAGES

In addition to any injunctive relief, you agree to pay to CL the total amount of all actual damages (including but not limited to direct, indirect, consequential and incidental damages) caused by any violation of the TOU for which you bear responsibility; EXCEPT you acknowledge that, for certain TOU violations, actual damages would be extremely difficult or impossible to quantify. Consequently, for such TOU violations, you agree to pay liquidated damages to CL as described in the following schedule:

http://www.craigslist.org/about/liquidated.damages

Furthermore you agree that the amounts of liquidated damages described therein are reasonable estimates of CL's damages for such violations, and that liquidated damages for violations of the TOU are and will be cumulative.

## 13. PRIVACY

CL has established a privacy policy covering the collection, use, and disclosure of user information:

http://www.craigslist.org/about/privacy_policy

## 14. MISCELLANEOUS

These TOU constitute the entire agreement between you and CL and supersede any prior written or oral agreement. Other than the CL Representatives (who are expressly included as named third-party beneficiaries of the TOU), there are no third-party beneficiaries to the TOU.

Any and all claims, causes of action or disputes (regardless of theory) between you and CL arising out of or related to the TOU, craigslist or content accessed through craigslist shall be

governed by the laws of the State of California without regard to conflict or choice of law principles. You and CL agree that any such claims, causes of action or disputes shall be brought exclusively in courts located within the county of San Francisco, California, and you and CL agree to submit to the personal and exclusive jurisdiction of such courts. You further agree that, regardless of any statute or law to the contrary, you must file any such claim or cause of action within one year after such claim or cause of action arose or be forever barred. If any provision of the TOU is found by a court of competent jurisdiction to be unenforceable, all other provisions of the TOU shall remain in full force and effect.

15. FEEDBACK

Comments on these TOU are welcome in the CL feedback forum:

http://forums.craigslist.org/?forumID=8