IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUCE JACKSON LLC and Michael Hanson,<br><br>    Defendants.<br>                                                             / | No. C 13-01501 WHA<br><br>**ORDER PERMITTING ECF FILING** |

Defendants' motion for permission to participate in electronic case filing is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  June 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE