**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST INC., a Delaware corporation,

    Plaintiff,

v.

DEUCE JACKSON LLC, a Washington corporation d/b/a craistruck.com, MICHAEL HANSON, an individual, and DOES 1 through 25, inclusive,

    Defendants.

No. C 13-01501 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** defendant's motion to appear at the case management conference by telephone due to the fact that the courtroom equipment does not make it feasible to conduct hearings via same. All parties must appear personally at the case management conference.

**IT IS SO ORDERED.**

Dated: July 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE