IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., | No. C 13-01501 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION** |
| DEUCE JACKSON, LLC, and MICHAEL HANSON, | |
| Defendants. | |

Plaintiff informs the Court that after six meet-and-confer sessions with *pro se* defendant Michael Hanson, the parties have been unable to select a mediator or a date for mediation. Plaintiff therefore requests an extension of the deadline to select and schedule private mediation until **SEPTEMBER 6, 2013**.

The request is **GRANTED**. The parties are requested to cooperate in good faith in order to avoid any further extensions or unnecessary briefing.

**IT IS SO ORDERED.**

Dated: September 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE