IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,

    Plaintiff,

v.

DEUCE JACKSON, LLC, et al.,

    Defendants.

No. C 13-01501 WHA

**ORDER DENYING DISCOVERY LETTER REQUEST**

*Pro se* defendant Michael Hanson filed an undated letter requesting an unspecified extension on discovery deadlines. The letter is too vague to evaluate what relief, if any, would be appropriate, and moreover appears to be moot in light of plaintiff's letter in response. On those grounds defendant Hanson's letter request is **DENIED**. Defendant Hanson is requested to please comply with the Court's supplemental order when raising discovery disputes (Dkt. No. 9).

**IT IS SO ORDERED.**

Dated: November 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE