IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST INC., a Delaware corporation,

    Plaintiff,

v.

DEUCE JACKSON LLC, a Washington corporation d/b/a craigstruck.com, MICHAEL HANSON, an individual, and DOES 1 through 25, inclusive,

    Defendants.

No. C 13-01501 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

In view of plaintiff's letter of January 3, 2014, the Court **SETS** a two-hour meet-and-confer starting from **8:30 A.M. AND CONTINUING TO 10:30 A.M. ON WEDNESDAY, JANUARY 8, 2014**, in the Court's jury room in the San Francisco federal courthouse. At **10:30 A.M.**, the Court shall hear any remaining unresolved discovery issue(s) in Courtroom No. 8. Defendants' response is due by noon on January 7. Please buzz chambers at 8:30 a.m. on January 8 to be let into the jury room.

Please note that only those lawyers who personally meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE