IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., | No. C 13-01501 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL TO COURT-APPOINTED MEDIATION** |
| DEUCE JACKSON LLC, MICHAEL A. HANSON, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties have filed a stipulation agreeing to participate in court-appointed mediation. The parties are hereby referred to court-appointed mediation.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE